UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

_____
ALAN M. KING,                                              )
                                                           )   Case No. C19-243RSL
                          Plaintiff,                       )
           v.                                              )
                                                           )   ORDER TO SHOW CAUSE
EVERGREEN PROFESSIONAL RECOVERIES                          )
INC.,                                                      )
                                                           )
                          Defendant.                       )
_____)

On March 1, 2019, the Court issued an order requiring the parties to file a Joint Status Report by March 29, 2019. No such report has been filed and the parties have not sought or obtained an extension of time in which to make the required submission. The parties shall, no later than Friday, April 19, 2019, file their Joint Status Report and show cause to the Court why sanctions including dismissal should not be imposed for their failure to comply with the Order of March 1, 2019. The Clerk is directed to place this Order to Show Cause on the Court's calendar for April 19, 2019.

DATED this 5th day of April, 2019.

                                        Robert S. Lasnik
                                        United States District Judge

ORDER TO SHOW CAUSE